IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| NEW MEXICO CATTLE GROWERS ASSOCIATION, *et al.*, | ) )  Case No. 1:23-cv-00150-JB-GBW |
| Plaintiffs, | ) )  **NOTICE OF APPEARANCE** |
| v. | ) ) |
| U.S. FOREST SERVICE, *et al.*, | ) ) |
| Federal Defendants. | ) ) ) |

Emma L. Hamilton, a Trial Attorney with the United States Department of Justice, hereby enters her appearance as counsel of record on behalf of all Federal Defendants in this matter. Service of all papers by U.S. Mail, hand delivery, or overnight service should be made as follows:

    Emma L. Hamilton
    U.S. Department of Justice
    Environment & Natural Resources Division
    Natural Resources Section
    999 18th Street
    South Terrace, Suite 370
    Denver, CO 80202
    Tele: (303) 844-1361
    Fax: (303) 844-1350
    Email: emma.hamilton@usdoj.gov

Ms. Hamilton can be reached by email at emma.hamilton@usdoj.gov, by phone at (303) 844-1361, and by fax at (303) 844-1350. Counsel is registered with the United States District Court for the District of New Mexico for electronic filing using the email address set forth above. Todd Kim is the Assistant Attorney General for the Environment and Natural Resources

Division of the United States Department of Justice.  Mr. Kim should not be separately served with Court filings.

Respectfully submitted this 22nd day of February, 2023.

> TODD KIM
> Assistant Attorney General
> U.S. Department of Justice
> Environment & Natural Resources Department
>
> */s/ Emma L. Hamilton*
> EMMA L. HAMILTON (CA Bar No. 325360)
> Trial Attorney
> Natural Resources Section
> 999 18th Street
> South Terrace, Suite 370
> Denver, CO 80202
> Tele: (303) 844-1361
> Fax: (303) 844-1350
> emma.hamilton@usdoj.gov
>
> *Attorneys for Federal Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 22, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System.  Counsel of record currently identified on the Mailing Information list to receive e-mail notices for this case are served via Notices of the Electronic Filing generated by CM/ECF.

                                              */s/ Emma L. Hamilton*
                                              EMMA L. HAMILTON
                                              U.S. Department of Justice