# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| NEW MEXICO CATTLE GROWERS ASSOCIATION, *et al.*,<br><br>  Plaintiffs,<br>v.<br><br>U.S. FOREST SERVICE, *et al.*,<br><br>  Federal Defendants. | Case No. 1:23-cv-00150-JB-GBW<br><br>**NOTICE OF APPEARANCE** |

Andrew A. Smith, a Senior Trial Attorney with the United States Department of Justice, hereby enters his appearance as counsel of record on behalf of all Federal Defendants in this matter. Service of all papers by U.S. Mail should be addressed as follows:

    Andrew A. Smith
    United States Department of Justice
    Environment & Natural Resources Division
    c/o United States Attorney's Office
    P.O. Box 607
    Albuquerque, New Mexico 87103

Express deliveries (Federal Express, courier etc.) should be addressed to:

    Andrew A. Smith
    United States Department of Justice
    Environment & Natural Resources Division
    c/o United States Attorney's Office
    201 Third Street, N.W., Suite 900
    Albuquerque, New Mexico 87102
    (505) 224 1468

Mr. Smith can be reached by email at andrew.smith@usdoj.gov, by phone at (505) 224-1468, and by fax at (505) 346-7205. Counsel is registered with the United States District Court for the District of New Mexico for electronic filing using the email address set forth above. Todd Kim

1

is the Assistant Attorney General for the Environment and Natural Resources Division of the United States Department of Justice. Mr. Kim should not be separately served with Court filings.

      Respectfully submitted this 22nd day of February, 2023.

      TODD KIM
      Assistant Attorney General
      U.S. Department of Justice
      Environment & Natural Resources Department

      */s/ Andrew A. Smith*
      ANDREW A. SMITH
      Senior Trial Attorney
      U.S. Department of Justice
      Environment & Natural Resources Division
      Natural Resources Section
      c/o United States Attorney's Office
      P.O. Box 607
      Albuquerque, New Mexico 87103
      Tele: (505) 224-1468
      andrew.smith@usdoj.gov

      *Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System. Counsel of record currently identified on the Mailing Information list to receive e-mail notices for this case are served via Notices of the Electronic Filing generated by CM/ECF.

*/s/Andrew A. Smith*
ANDREW A. SMITH
U.S. Department of Justice