Attachment 4



| United States Department of Agriculture | Forest Service | Gila National Forest Supervisor's Office | 3005 East Camino Del Bosque Silver City, NM 88061 575-388-8201 TDD: 575-388-8489 Fax: 575-388-8204 |

File Code: 1570
Date: November 22, 2022

Ms. Karen Budd-Falen
Budd-Falen Law Office, LLC
Post Office Box 346
300 East 18th Street
Cheyenne, WY 82003-0346

Dear Ms. Budd-Falen:

On June 30, 2022, the U.S. District Court for the District of New Mexico approved the stipulation for dismissal for case no. 2:22-cv-00086-JB-CG, New Mexico Cattle Growers' Association, et al. v. the United States Department of Agriculture, et al. The stipulation for dismissal included the acknowledgment that in future proposals by USDA involving the lethal removal of unbranded and unauthorized cattle from the Gila Wilderness that "any such removal operations on or before March 1, 2025 would be preceded by at least 75 days' notice to the Petitioners and also to the public."

Despite past removal efforts, a population of unbranded and unauthorized cattle remain within the Gila Wilderness. As such, the Gila National Forest is proposing to conduct further removal operations using both lethal and non-lethal methods starting in February 2023. A scoping letter was sent to the public on November 22, 2022 (attached), notifying them of this proposed action and requesting their comments. Plaintiffs in the above referenced lawsuit are being sent the scoping notice along with nearby permittees, neighbors, other stakeholders, and members of the general public that have expressed interest in receiving such notices. However, to be sure that you and your clients receive the notice as outlined in the stipulation for dismissal, we include it here and request that you forward it if needed to anyone that did not receive it for some reason through the scoping notice process.

Please direct any questions regarding this matter to our litigation counsel, Andrew Smith, Emma Hamilton, and Sean Duffy at the Department of Justice.

Sincerely,

CAMILLE HOWES
Digitally signed by CAMILLE HOWES
Date: 2022.11.22 10:19:10 -07'00'

Camille Howes
Forest Supervisor

Enclosure

CC: Andrew Smith, Department of Justice
    Emma Hamilton, Department of Justice
    Sean Duffy, Department of Justice

   Caring for the Land and Serving People   Printed on Recycled Paper