UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| NEW MEXICO CATTLE GROWERS ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-150-JB-GBW<br><br>**DEFENDANTS' NOTICE OF ENTRY OF APPEARANCE** |

Defendants hereby give notice of the appearance of Sean C. Duffy, United States Department of Justice, as counsel on behalf of all Federal Defendants in this matter.

Service of all papers to undersigned counsel should be addressed as follows:

**Via U.S. Mail:**

Sean C. Duffy
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044

**Via Express Courier:**

Sean C. Duffy
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M Street NE
Room 2.900
Washington, DC 20002

Undersigned counsel's telephone number is (202) 305-0445; his facsimile number is (202) 305-0506; and his email address is sean.c.duffy@usdoj.gov.

Counsel is registered with the United States District Court for the District of

New Mexico for electronic filing using the email address set forth above.  Todd Kim is the Assistant Attorney General for the Environment and Natural Resources Division of the United States Department of Justice.  Mr. Kim should not be separately served with Court filings.

Dated:  February 22, 2023

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Sean C. Duffy*
SEAN C. DUFFY (NY Bar No. 4103131)
Trial Attorney
Natural Resources Section
150 M Street NE
Washington, DC 20002
Tel: (202) 305 0445
Fax: (202) 305-0506
sean.c.duffy@usdoj.gov

*Attorneys for Federal Defendants*