IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| NEW MEXICO CATTLE GROWERS' ASSOCIATION, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, *et al*.<br><br>    Defendants. | CASE NO. 1:23-cv-00150-JB-GBW<br><br>**NOTICE OF APPEARANCE** |

Jessica L. Blome and the law firm Greenfire Law, PC hereby enters her appearance as counsel of record on behalf of Plaintiff Humane Farming Association. Service of all papers (U.S. Mail, Federal Express, etc.) should be addressed as follows: Jessica L. Blome, Greenfire Law, PC, 2748 Adeline, Suite A, Berkeley, CA 94703.

Ms. Blome can be reached by email at jblome@greeenfirelaw.com, by phone at (510) 900-9502, ext. 703, and by fax at (510) 900-9502. Counsel is registered with the United States District Court for the District of New Mexico for electronic filing using the email set forth above. Respectfully submitted this 24th day of February 2023,

> */s/ Jessica L. Blome*
> JESSICA L. BLOME
> GREENFIRE LAW, PC
> 2748 Adeline, Suite A
> Berkeley, CA 94703
> Telephone: (510) 900-9502, ext. 703
> jblome@greenfirelaw.com
>
> *Counsel for Plaintiff Humane Farming Association*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System. Counsel of record receiving email notices for this matter were served via Notices of Electronic Filing through the CM/ECF System.

*/s/ Jessica L. Blome*
JESSICA L. BLOME
Plaintiff Humane Farming Association
