IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| NEW MEXICO CATTLE GROWERS ASSOCIATION, *et al.*, )<br>)<br>Petitioners, )<br>v. )<br>)<br>U.S. FOREST SERVICE, *et al.*, )<br>)<br>Federal Respondents, )<br>)<br>CENTER FOR BIOLOGICAL DIVERSITY, )<br>)<br>Movant-Intervenor. )<br>_____ ) | Case No. 1:23-cv-00150-JB-GBW |

**JOINT MOTION FOR SCHEDULE FOR ADMINISTRATIVE RECORD PRODUCTION AND BRIEFING ON THE MERITS**

The Parties, by and through undersigned counsel of record, hereby respectfully request that the Court set a schedule for Federal Respondents to produce the Administrative Record(s) for this matter, and for the Parties to brief this case on the merits. Petitioners filed their "Complaint for Declaratory and Injunctive Relief," ECF No. 1, on February 21, 2023. Federal Respondents' Response to the Complaint is due on or about May 23, 2023. Movant-Intervenor Center for Biological Diversity filed its "Motion to Intervene," ECF No. 26, on February 28, 2023, which is fully briefed and scheduled for a hearing on April 27, 2023, ECF No. 32.

In their Complaint, Petitioners allege that the United States Forest Service and the Animal and Plant Health Inspection Service (through their respective Officers, the named Federal Respondents) have violated or exceeded various provisions of law, including the

1

National Environmental Policy Act ("NEPA"), 42 U.S.C. §§ 4321 et seq., and Forest Service regulations in authorizing and approving the aerial shooting of "as many as 150 'unauthorized' cattle in the Gila National Forest" in the Gila Wilderness.  ECF No. 1 ¶¶ 1-5, 76-113.  Petitioners allege that they bring their claims "predominantly" under the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701-706 and NEPA, 42 U.S.C. §§ 4321-4370h.  *Id.* ¶ 21.

In *Olenhouse v. Commodity Credit Corp.*, 42 F.3d 1560 (10th Cir. 1994), the Tenth Circuit held that challenges to federal agency actions pursuant to the judicial review provisions of the APA "must be processed as appeals" by reference to the Federal Rules of Appellate Procedure.  42 F.3d at 1580.  Under this posture, subject to any motions to dismiss, the ordinary procedure for matters reviewed under the APA in this District is for Federal Respondents to produce the Administrative Record(s) for the challenged agency actions and for the Parties to brief the case on the merits, as they would an appeal.  *See, e.g.*, *WildEarth Guardians v. U.S. Forest Serv.*, 668 F. Supp. 2d 1314, 1323 (D.N.M. 2009).  APA cases do not require initial disclosures, involve other pre-trial procedures, or, for that matter, a trial, and typically do not involve discovery.  *See, e.g.*, Fed. R. Civ. P. 26(a)(1)(B)(i).

Based on these considerations, the Parties have conferred and propose the following schedule for resolution of this case on the merits:

| | |
|---|---|
| Federal Respondents to serve a provisional draft copy of the Administrative Record(s) to all Parties, in pdf format through a web link | May 25, 2023 |
| Deadline for Petitioners to confer with Federal Respondents regarding any disputes concerning the content and sufficiency of the Administrative Record(s) | June 30, 2023 |

| | |
|---|---|
| Deadline for Federal Respondents to lodge the Administrative Record(s) with the Court in pdf format on USB drives | July 14, 2023 |
| Deadline for any Motions to Complete or Supplement the Administrative Record(s) | July 31, 2023 |

If any motions to complete or supplement the Administrative Record(s) are filed, it will have the effect of staying the schedule for merits briefing set forth below until the Court resolves the motions. Any disputes not raised by motion by this deadline regarding the scope or content of the Administrative Record(s) will be deemed to have been waived.

If no motions to complete or supplement the Administrative Record(s) are filed, the Parties propose the following schedule for merits briefing:

| | |
|---|---|
| Petitioners' Opening Brief | August 31, 2023 |
| Federal Respondents' Response Brief | October 12, 2023 |
| Petitioners' Reply Brief | November 2, 2023 |

If motions to complete or supplement the Administrative Record(s) are filed, and the Court finds that the Administrative Record(s) require amendment, Federal Respondents will have 30 days from the date of the Court's ruling on all motions to lodge the final Administrative Record(s) in pdf format on USB drives. The briefing schedule immediately following is counted from the date of lodging the Administrative Record(s), or if the Court denies the motions on the Administrative Record(s), from the date of the Court's order resolving the motions. Subsequent deadlines build thereon.

| | |
|---|---|
| Petitioners' Opening Brief | 30 Days |

| | |
|---|---|
| Federal Respondents' Response Brief | Add 30 Days |
| Petitioners' Reply Brief | Add 21 Days |

Any claims or defenses not raised in the opening or response briefs will be deemed to have been waived. In accordance with *Olenhouse*, the length of the Parties' briefs on the merits will be consistent with the Federal Rules of Appellate Procedure. The Parties have conferred with Movant-Intervenor, which agrees with the proposed schedule and terms. If the Motion to Intervene is granted, the Parties will submit proposed modifications to the briefing schedule to include Movant-Intervenor in the schedule.

The Parties respectfully request the Court adopt this schedule in lieu of the scheduling and discovery requirements set forth in the Court's March 16, 2023 "Initial Scheduling Order," ECF No. 33.

Dated: April [XX], 2023.    Respectfully Submitted,

*/s/ Daniel D. McGuire*
Daniel D. McGuire (pro hac vice)
FISHERBROYLES LLP
450 S. Denton Tap Rd., Suite 2211
Coppell, TX 75019
Telephone: (214) 295-7272
Facsimile: (214) 295-7252
dan.mcguire@fisherbroyles.com

Deana M. Bennett
Spencer L. Edelman
MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.
500 4th St. NW, Suite 1000
Albuquerque, NM 87102
Telephone: (505) 848-1800
Facsimile: (505) 848-9710
deana.bennett@modrall.com
spencer.edelman@modrall.com

*Counsel for Petitioners New Mexico Cattle Growers'*

*Association, Spur Lake Cattle Co., and Nelson Shirley*

*/s/ Steven S. Scholl*
Steven S. Scholl
DIXON, SCHOLL, CARRILLO, P.A.
6700 Jefferson NE
Building B, Suite 1
Albuquerque, NM 87109
Telephone: (505) 244-3890
Facsimile: (505) 244-3889
sscholl@dsc-law.com

*Counsel for Petitioner Allen Campbell*

*/s/ Jessica L. Blome*
Gretchen Elsner
ELSNER LAW & POLICY, LLC
314 S. Guadalupe St., Suite 123
Santa Fe, New Mexico 87501
Telephone: (505) 303-0980
Gretchen@ElsnerLaw.org

Jessica L. Blome (pro hac vice forthcoming)
GREENFIRE LAW PC
2748 Adeline, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502, ext. 703
jblome@greenfirelaw.com

*Counsel for Petitioner Humane Farming Association*


TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

SEAN C. DUFFY (NY Bar No. 4103131)
Trial Attorney
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
(202) 305-0445
sean.c.duffy@usdoj.gov

5

EMMA L. HAMILTON (CA Bar No. 325360)
Trial Attorney
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
(303) 844-1361
emma.hamilton@usdoj.gov

*/s/ Andrew A. Smith*
ANDREW A. SMITH (NM Bar No. 8341)
Senior Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
P.O. Box 607
Albuquerque, New Mexico 87103
505-224-1468
andrew.smith@usdoj.gov

*Attorneys for Federal Respondents*


Douglas W. Wolf (NM Bar # 7473)
3191 La Avenida de New Mexico
Santa Fe, NM 87507
tel: (703) 994-1309
email: dwwolf@aol.com

*/s/ Brian Segee*
Brian Segee (CA Bar No. 200795)
Center for Biological Diversity
226 W. Ojai Ave., Ste. 101-442
Ojai, CA 93023-3278
tel: (805) 750-8852
email: bsegee@biologicaldiversity.org

*Attorneys for Movant-Intervenor*

6