FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 2 2023

MITCHELL R. ELFERS
CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

NEW MEXICO CATTLE GROWERS'
ASSOCIATION, *et al.*

    *Plaintiffs*,

v.

UNITED STATES FOREST SERVICE,
*et al.*

    *Defendants*.

NO. 1:23-cv-150-JB-GBW

<u>**ORDER**</u>

Before the Court is the Parties' Stipulation with respect to a document referred to therein as the "Riparian Area Management Technical Reference." In light of the stipulation, and for good cause shown, the Court accepts such Stipulation, and the Riparian Area Management Technical Reference may be used by the Parties and will be before the Court, without objection, for consideration on the merits by the Court in connection with the Parties' briefing as set forth in the Court's May 10, 2023 Scheduling Order. [Doc. 40].

IT IS SO ORDERED.

SIGNED this 2nd day of August 2023.

_____
The Honorable James O. Browning
UNITED STATES DISTRICT JUDGE