IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NEW MEXICO CATTLE GROWERS'
ASSOCIATION; SPUR LAKE CATTLE
COMPANY; NELSON SHIRLEY,
individually; ALLEN CAMPBELL,
individually and HUMANE FARMING
ASSOCIATION,

        Plaintiffs,

vs.                                                                                  No. CIV 23-0150 JB/GBW

UNITED STATES FOREST SERVICE;
ANIMAL AND PLANT HEALTH
INSPECTION SERVICE; CAMILLE
HOWES, in her official capacity as Supervisor
of the Gila National Forest; TOM VILSACK,
in his official capacity as Secretary of the
United States Department of Agriculture;
RANDY MOORE, in his official capacity as
Chief of the U.S. Forest Service; MICHIKO
MARTIN, in her official capacity as
Southwestern Regional Forester; HENRY
PROVENCIO, in his official capacity as
District Ranger for the Wilderness Ranger
District, Gila National Forest; JANET
BUCKNALL, in her official capacity as
Deputy Administrator of the Animal and Plant
Health Inspection Service and KEITH
WEHNER, in his official capacity as Western
Regional Director, Animal and Planet Health
Inspection Service,

        Defendants.

**ORDER**[1]

---

[1] This Order disposes of the Plaintiffs' request for a preliminary injunction made in the Plaintiffs' Application for Temporary Restraining Order and Preliminary Injunction, filed February 21, 2023 (Doc. 6). At a later date, however, the Court will issue a Memorandum Opinion more fully detailing its rationale for this decision.

**THIS MATTER** comes before the Court on the Plaintiffs' Application for Temporary Restraining Order and Preliminary Injunction, filed February 21, 2023 (Doc. 6). The Court held a hearing on February 22, 2023. <u>See</u> Clerk's Minutes at 1, filed February 22, 2023 (Doc. 29). Because the Court denied the Plaintiffs' application for a temporary restraining order, <u>see</u> Memorandum Opinion and Order, filed February 22, 2023 (Doc. 20), the remaining issue before the Court is whether to grant a preliminary injunction under rule 65(a) of the Federal Rules of Civil Procedure. At this time, the Court denies the application for a preliminary injunction as moot. The denial is without prejudice.

**IT IS ORDERED** that the Plaintiffs' request for a preliminary injunction in the Plaintiffs' Application for Temporary Restraining Order and Preliminary Injunction, filed February 21, 2023 (Doc. 6), is denied without prejudice.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Deana M. Bennett
Spencer L. Edelman
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
Albuquerque, New Mexico

-- and --

Daniel D. McGuire
FisherBroyles LLP
Coppell, Texas

> *Attorneys for Plaintiffs New Mexico Cattle Growers' Association, Spur Lake Cattle Company and Nelson Shirley*

Steven S. Scholl
Dixon·Scholl·Carillo·P.A.
Albuquerque, New Mexico

-- and --

Daniel D. McGuire
FisherBroyles LLP
Coppell, Texas

*Attorneys for Plaintiff Allen Campbell*

Gretchen Mary Elsner
Elsner Law & Policy, LLC
Santa Fe, New Mexico

-- and --

Jessica L. Blome
Greenfire Law, PC
Berkeley, California

-- and --

Daniel D. McGuire
FisherBroyles LLP
Coppell, Texas

*Attorneys for Plaintiff Humane Farming Association*

Todd Kim
   Assistant Attorney General
Environmental and Natural Resources Division
Unites States Department of Justice
Sean C. Duffy
   Trial Attorney
Natural Resources Section
Washington, D.C.

-- and --

Emma Hamilton
   Trial Attorney
Natural Resources Section
Denver, Colorado

-- and --

Andrew A. Smith
  Senior Trial Attorney
Natural Resources Section
Albuquerque, New Mexico

*Attorneys for the Defendants*

Douglas W. Wolf
Santa Fe, New Mexico

-- and --

Brian Segee
Center for Biological Diversity
Ojai, California

-- and --

Mark D. Fink
Center for Biological Diversity
Duluth, Minnesota

*Attorneys for Intervenors Center for Biological Diversity*