IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| NEW MEXICO CATTLE GROWERS ASSOCIATION, *et al.*, <br>　　　　Petitioners, <br><br>v. <br><br>UNITED STATES FOREST SERVICE, *et al.*, <br>　　　　Federal Respondents, <br><br>and <br><br>CENTER FOR BIOLOGICAL DIVERSITY, <br><br>　　　　Proposed Respondent-Intervenor. | Case No. 1:23-cv-150-JB-GBW |

### THE PARTIES' JOINT MOTION TO AMEND SCHEDULING ORDER FOR MERITS BRIEFING

The Parties, by and through undersigned counsel of record, respectfully request that the Court amend the May 10, 2023, Scheduling Order for merits briefing, ECF No. 40. In closing the May 22, 2023 intervention motion hearing, ECF No. 42, the Court stated its intent to grant the intervention motion, and directed the Parties to work together on any requested briefing modifications. Although the Court has not yet issued a formal order on intervention, the Parties

1

propose amending the May 10, 2023 Scheduling Order, so that Intervenor's response brief would be due two weeks after Federal Respondents' response brief,[1] and Petitioners' reply brief would be due December 7, 2023.[2]  As discussed at the May 22 hearing, Intervenor and Federal Respondents believe a staggered approach to briefing will best promote briefing efficiency, allowing Federal Respondents and Intervenor to present their respective arguments while minimizing unnecessary redundancy and overlap between the two briefs.  Accordingly, the Parties propose amending the briefing schedule as follows, with agreed upon word limits to accommodate the additional briefing for Intervenor:

| | |
|---|---|
| Federal Respondents' Response Brief (14,000 words) | October 19, 2023 |
| Intervenor's Response Brief (13,000 words) | November 2, 2023 |
| Petitioners' Reply Brief (10,000 words) | December 7, 2023 |

All Parties join in this Join Motion, and a proposed form of order granting the requested schedule modifications in this Joint Motion will be submitted to Chambers.

Dated:  September 19, 2023.                    Respectfully submitted,

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

---

[1] Due to unforeseen litigation obligations in other matter, Federal Respondents respectfully request, and the Parties do not oppose, moving Federal Respondents' Response Brief due date from October 12, 2023, to October 19, 2023.

[2] As the Court has not yet formally granted the Motion to Intervene, this motion to amend is being submitted based on the assumption the Court will grant the motion as indicated at the hearing.  Petitioners are willing to agree to the schedule modification if the Court intends to grant the Motion to Intervene, but do not consent to the Center for Biological Diversity's Motion to Intervene.

SEAN C. DUFFY (NY Bar No. 4103131)
Trial Attorney
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
(202) 305-0445
sean.c.duffy@usdoj.gov

EMMA L. HAMILTON (CA Bar No. 325360)
Trial Attorney
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
(303) 844-1361
emma.hamilton@usdoj.gov

*/s/ Andrew A. Smith*
ANDREW A. SMITH (NM Bar No. 8341)
Senior Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
P.O. Box 607
Albuquerque, New Mexico 87103
505-224-1468
andrew.smith@usdoj.gov

*Attorneys for Federal Respondents*


*/s/ Marc Fink*
Marc Fink (MN Bar No. 0343407)
(appearing by association with Federal Bar member pursuant to L.R. 83.3(a))
Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota 55805
(218)-464-0539
mfink@biologicaldiversity.org

*Attorney for Proposed Respondent-Intervenor*

3

/s/ Daniel D. McGuire
Daniel D. McGuire (pro hac vice)
FISHERBROYLES LLP
450 S. Denton Tap Rd.
Suite 2211
Coppell, TX 75019
Telephone: (214) 295-7272
Facsimile: (214) 295-7252
dan.mcguire@fisherbroyles.com

Deana M. Bennett
Spencer L. Edelman
MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.
500 4th St. NW, Suite 1000
Albuquerque, NM 87102
Telephone: (505) 848-1800
Facsimile: (505) 848-9710
deana.bennett@modrall.com
spencer.edelman@modrall.com

*Counsel for Plaintiffs New Mexico Cattle Growers' Association, Spur Lake Cattle Co., and Nelson Shirley*

/s/ Steven S. Scholl
Steven S. Scholl
DIXON, SCHOLL, CARRILLO, P.A.
6700 Jefferson NE
Building B, Suite 1
Albuquerque, NM 87109
Telephone: (505) 244-3890
Facsimile: (505) 244-3889
sscholl@dsc-law.com

*Counsel for Petitioner Allen Campbell*

/s/ Jessica L. Blome
Gretchen Elsner

4

>ELSNER LAW & POLICY, LLC
>314 S. Guadalupe St., Suite 123
>Santa Fe, New Mexico 87501
>Telephone: (505) 303-0980
>Gretchen@ElsnerLaw.org
>
>*/s/ Jessica L. Blome*
>Jessica L. Blome (admitted pro hac vice)
>GREENFIRE LAW PC
>2748 Adeline, Suite A
>Berkeley, CA 94703
>Telephone: (510) 900-9502, ext. 703
>jblome@greenfirelaw.com
>
>*Counsel for Petitioner Humane Farming Association*