IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NEW MEXICO CATTLE GROWERS'
ASSOCIATION; SPUR LAKE CATTLE
COMPANY; NELSON SHIRLEY,
individually; ALLEN CAMPBELL,
individually and HUMANE FARMING
ASSOCIATION,

   Petitioners,

vs.                        No. CIV 23-0150 JB/GBW

UNITED STATES FOREST SERVICE;
ANIMAL AND PLANT HEALTH
INSPECTION SERVICE; CAMILLE
HOWES, in her official capacity as Supervisor
of the Gila National Forest; TOM VILSACK,
in his official capacity as Secretary of the
United States Department of Agriculture;
RANDY MOORE, in his official capacity as
Chief of the U.S. Forest Service; MICHIKO
MARTIN, in her official capacity as
Southwestern Regional Forester; HENRY
PROVENCIO, in his official capacity as
District Ranger for the Wilderness Ranger
District, Gila National Forest; JANET
BUCKNALL, in her official capacity as
Deputy Administrator of the Animal and Plant
Health Inspection Service; and KEITH
WEHNER, in his official capacity as Western
Regional Director, Animal and Plant Health
Inspection Service,

   Respondents,

CENTER FOR BIOLOGICAL DIVERSITY,

   Respondent-Intervenor.

**FINAL JUDGMENT**

**THIS MATTER** comes before the Court on the Memorandum Opinion and Order, filed January 29, 2025 (Doc. 70)("MOO").  In the MOO, the Court: (i) affirms the Respondents' compliance with all applicable laws and regulations; and (ii) dismisses the Plaintiffs' Complaint for Declaratory and Injunctive Relief, filed February 21, 2023 (Doc. 1), with prejudice.  See MOO at 2-4, 238-39.  The Court enters, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, Final Judgment, disposing of this case.

**IT IS ORDERED** that: (i) the Respondents' compliance with all applicable laws and regulations is affirmed; (ii) the decision of the administrative appeal is affirmed; (iii) the Plaintiffs' Complaint for Declaratory and Injunctive Relief, filed February 21, 2023 (Doc. 1), is dismissed with prejudice; and (iv) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Deana M. Bennett
Spencer L. Edelman
Modrall, Sperling, Roehl, Harris & Sisk, PA
Albuquerque, New Mexico

-- and --

Daniel D. McGuire
Pierson Ferdinand LLP
Coppell, Texas

> *Attorneys for Petitioners New Mexico Cattle Growers Association,*
> *Spur Lake Cattle Company, and Nelson Shirley*

Steven S. Scholl
Dixon Scholl Carrillo P.A.
Albuquerque, New Mexico

-- and --

Daniel D. McGuire
Pierson Ferdinand LLP
Coppell, Texas

    *Attorneys for Petitioner Allen Campbell*

Jessica L. Blome
Greenfire Law, PC
Berkeley, California

-- and --

Gretchen Mary Elsner
Elsner Law & Policy, LLC
Santa Fe, New Mexico

-- and --

Daniel D. McGuire
Pierson Ferdinand LLP
Coppell, Texas

    *Attorneys for Petitioner Humane Farming Association*

Sean C. Duffy
  Trial Attorney
United States Department of Justice
Washington, D.C.

--and--

Andrew A. Smith
  Senior Trial Attorney
Emma L. Hamilton
  Trial Attorney
United States Department of Justice
Albuquerque, New Mexico

    *Attorneys for the Respondents*

- 4 -

Marc Fink
Center for Biological Diversity
Duluth, Minnesota

--and--

Brian Segee
Center for Biological Diversity
Ojai, California

--and--

Douglas W. Wolf
Santa Fe, New Mexico

*Attorneys for Intervenor Center for Biological Diversity*